UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO PALAFOX SOLANO,<br>Petitioner,<br>- against -<br>TODD BLANCHE, *et al.*,<br>Respondents. | **No. 26 Civ. 6590 (JHR)**<br><br>**STIPULATION AND ORDER OF TRANSFER OF VENUE** |

WHEREAS, petitioner Pedro Palafox Solano brought this habeas action under 28 U.S.C. § 2241 on August 2, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), seeking, among other things, an order from this Court requiring that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was located at the Delaney Hall Detention Facility in Newark, New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived. The parties further agree to the continued imposition of the Court's restriction on removal and transfer pending further order of the transferee court.

New York, New York
August 4, 2026

THOMAS T. HECHT, P.C.
*Attorney for Petitioner*

Leonard H. Hecht, Esq.
729 Seventh Avenue, #14
New York, New York 10020
Tel. (212) 245-5556

New York, New York
August 4, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED.

HON. JENNIFER H. REARDEN
United States District Judge
Dated: August 4, 2026

The Clerk of Court shall transfer this action upon the filing of this Order and close the case in the Southern District of New York.